# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN PETERS, III, : Case No. 3:11-cv-336

        Plaintiff, :

                 District Judge Walter H. Rice
vs. : Magistrate Judge Michael J. Newman

DAYTON POLICE DEPARTMENT :
SECURED LOT FOR STORAGE,
                              :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the complaint be dismissed without prejudice due to *pro se* Plaintiff's failure to timely serve Defendant and on account of Plaintiff's lack of prosecution.

March 22, 2012.

                                                              Walter H. Rice,
                                                             United States District Judge