# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN PETERS, III, | : | Case No. 3:11-cv-336 |
| Plaintiff, | : | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| DAYTON POLICE DEPARTMENT SECURED LOT FOR STORAGE, | : | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the complaint be dismissed without prejudice due to *pro se* Plaintiff's failure to timely serve Defendant and on account of Plaintiff's lack of prosecution.

March 23, 2012.

Walter H. Rice,
United States District Judge